Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

_____Western Division

RECEIVED
OCT 21 2024
CLERK OF ___ COURT
SOUTHERN DISTRICT OF IOWA

April Ann Nelson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Navient Solutions, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        | | |
        |---|---|
        | Name | April Ann Nelson |
        | Street Address | 2711 s 8th street #A |
        | City and County | Council Bluffs, Pottawattamie County |
        | State and Zip Code | Iowa 51501 |
        | Telephone Number | 712-326-8801 |
        | E-mail Address | apriln83@yahoo.com |

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    Navient Solutions, LLC
    Job or Title *(if known)*    C/O Corporation Service Company
    Street Address    505 5th Avenue Ste. 729
    City and County    Des Moines, Polk County
    State and Zip Code    Iowa 50309
    Telephone Number    888-272-5543
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The court has jurisdiction under the FTC's Holder Rule 16 CFR 433.2 as it involves a federal question. Additionally, the court has supplemental jurisdiction (28 U.S.C. 1367) over the state law claim under Iowa Code 714.16

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On June 3, 2024 Navient discharged the remaining balance of $52,192.92 on my private student loans due to school misconduct in the issuing of these loans. On September 17, 2024, Navient refused to refund monies paid in the amount of 49,575.45 on the unenforceable private student loans.

2. The misrepresentation issues occured from May 2022 - September 2024 with key events occurring on:
   * May 12, 2022 Navient misrepresented the terms of repayment by stating, "In reference to your private loans, there's no discharge program available at this time for students who claim a defense to repay a private loan due to misinformation or the quality of education they received at their school", which led to confusion and financial harm. (see additional page)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Award the plaintiff a refund of monies paid on the two private student loans in the amount of $49,575. Award the plaintiff compensatory damages in the amount of $31,406 that encompasses loss from wages ($2,878), doctor appointments ($13,685), prescription ($1,597), and the financial burden of the bankruptcy/adversary proceeding ($13,246). Award punitive damages in the amount of $75,000 to punish the defendant for willful misconduct and deter similar future conduct. Award the plaintiff $40,000 for the defendant's action of using unfair and deceptive acts. The defendant continues unfair practices by replying to consumer complaints with inaccurate information. In addition, I would ask the court to grant any other relief to the plaintiff that the court deems just and fair.

**III.    Statement of Claim cont....**

*December 05,2022, I retained a bankruptcy attorney and notified Navient immediately.

*March 2023, I filed Chapter 7 bankruptcy in the U.S. Southern District of Iowa with the adversary proceeding.

* December 07,2023, I was contacted by a debt collector from Allied Collection Agency on behalf of Navient. I attempted to disconnect the call but was harassed by the representative by her threatening to call my grandmother, who had passed away 11 years ago that December. This caught my attention and enticed me to continue the conversation. I advised Allied that my grandmother, who was the coborrower, passed away years ago and that I was in the middle of an adversary proceeding against Navient. From 12/07/2023-12/27/2023 there was back and forth communication between Allied and me. Allied was pressuring me to ask my family for $17,000 to settle my debt with the Defendant and even tried to convince me that they could, "convince their boss to accept $10,000" if I would send them a cashier's check. This took place during settlement negotiations with Navient through the adversary proceeding. On 12-27-2023, I informed Allied that I would not be settling with them and that any further communication would need to be through my attorney.

* April 2024, Senator Elizabeth Warren sent a letter to the CEO of Navient, David L. Yowan, urging the servicer to cancel decades-old private student loans pushed onto borrowers attending fraudulent, for-profit colleges. That letter was made public along with an application that Navient had been quietly offering to students who claim they are a victim of school misconduct. This application is mirrored from the FTC's Borrower Defense to Repayment application available for Federal student Loans and follows the FTC's Holder Rule guidelines.

* May 04, 2024, I submitted the School Misconduct Discharge Application with supporting evidence of my claims to Navient. Navient reviewed my application and agreed with the evidence and discharged the remaining balance due on my two private signature student loans in the amount of $52,129.92. The adversary proceeding was dismissed and closed August 06, 2024.

* On June 03, 2024, Navient discharged my private student loans due to school misconduct. Despite the discharge, I experienced significant financial harm due to overpayments and adverse effects on my credit. The financial harm continues as medical treatment continues for the long-term emotional effects of the bankruptcy and adversary proceeding and the long-term financial repercussions of having a bankruptcy on my credit report for 10 years.

**III.     Statement of Claim cont.....**

* August 21, 2024, I sent a demand letter to Navient Solutions, LLC to reimburse me for amounts already paid toward the unenforceable and invalid student loans. Navient denied the request.

* September 26, 2024, I submitted a consumer protection complaint to the Iowa Attorney General regarding Navient's initial misconduct in May 2022. Navient responded to the complaint with false and misleading information. They told the Iowa Attorney General's consumer protection department that they had already addressed my complaint in September 2024. That information is false.

* While there were multiple communications throughout this period where misrepresentation occurred, the above dates represent key events relevant to my claims. As a result of Navient's misrepresentations, I made decisions based on incorrect information including making payments totaling $49,575.45 that I otherwise would not have made, filing for bankruptcy and filing an adversary proceeding against Navient based on the assumption that I had no alternatives. The incorrect information also directly contributed to my financial and emotional distress.

* In addition to my claims, it is important to note that Navient has faced multiple legal actions regarding unfair and deceptive practices in servicing student loans. For instance, in the AG Navient Lawsuit filed in Pennsylvania, Navient was alleged that while operating as Sallie Mae, Navient made predatory subprime loans to students attending for-profit schools and colleges with low graduation rates even though it knew that borrowers would be unable to repay the loans. Navient made these risky private loans as an inducement to get schools and colleges to use Navient as a preferred lender for highly profitable federal loans. The Attorneys General of several states have alleged that Navient deceptively steered distressed federal borrowers such as me into costly long-term forbearances instead of informing them about the benefits of income-driven repayment plans. Interest that accrued during these forbearances was added to borrowers' loan balances, pushing borrowers deeper into debt. This case highlights a pattern of behavior consistent with my experiences, such as when Navient steered me into costly long-term forbearance by providing misleading information. The loans issued to me in 2003 were predatory subprime private signature student loans that were designed to never be repaid. Navient is a repeat offender with a long history of regulatory violations. In September 2024, the CFPB and Navient agreed to a settlement that will ban the company from servicing federal direct loans and any loans under the FFELP program and offer $100 million in consumer redress.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-21-2024

Signature of Plaintiff   *April A. Nelson*
Printed Name of Plaintiff   April Ann Nelson

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa ▼

April Ann Nelson )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
Navient Solutions, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Navient Solutions, LLC
C/O Corporation Service Company
505 5th Avenue Ste. 729
Des Moines, IA 50309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
April A Nelson
2711 s 8th street #A
Council Bluffs, IA 51501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Nelson, April A

### DEFENDANTS
Navient Solutions, LLC

**(b)** County of Residence of First Listed Plaintiff: **Pottawattamie**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se - 2711 s 8th street #A
Council Bluffs, IA 51501   712-326-8801

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| [x] 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
16 CFR 433.2 FTC Holder Rule and Iowa Code 714.16

Brief description of cause:
16 CFR 433.2 -Defendant refuses to refund monies paid on unenforceable loans.Iowa code 714.16 -Defendant engaged in unfair & deceptive acts.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** $195,981.00
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** ☐ Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 10-21-2024

SIGNATURE OF ATTORNEY OF RECORD: *April Nelson*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____